STATE ex Rel. PETERSON, Relator, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Decided November 26, 1938.

PER CURIAM.—After due consideration of relator's application for writ of supervisory control, it is ordered that the application be denied.

*Messrs. Molumby, Busha & Greenan*, for Relator.

No. 7,929.—STATE ex Rel. FISHER, Relatrix, v. WAYNE A. RANSIER, Mayor of the City of Hardin et al., Respondents.

Decided January 12, 1939.

PER CURIAM.—The petition of relatrix for a writ of mandamus is, after due consideration, denied, for the reason that the matter should first be presented to the district court for decision.

*Messrs. H. W. Bunston* and *C. C. Guinn*, for Relatrix.